UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 5:22-CR-140-6D

| | | |
|---|---|---|
| **United States Of America** | ) | **JUDGMENT** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Charles Jermaine Muldrow** | ) | |
| | ) | |

On June 7, 2023, Charles Jermaine Muldrow appeared before the Honorable James C. Dever III, U.S. District Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Conspiracy to Distribute and Possess With the Intent to Distribute a Quantity of Cocaine, in violation of 21 U.S.C. §§ 846, 841(b)(1)(C), and 841(a)(1), was sentenced to the custody of the Bureau of Prisons for a term of 42 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 36 months upon release from imprisonment. Charles Jermaine Muldrow was released from custody and the term of supervised release commenced on February 14, 2025.

From evidence presented at the revocation hearing on October 29, 2025, the court finds as a fact that Charles Jermaine Muldrow, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Using a controlled substance.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 1 day.

**IT IS FURTHER ORDERED** the defendant be placed on supervision for the duration of the previously imposed term of supervised release with the same special and standard conditions along with the following special conditions.

1. The defendant shall abide by all conditions and terms of the curfew program for a period not to exceed 3 consecutive months. The defendant is restricted to his residence every day as directed by the supervising officer. The defendant shall submit to the following Location Monitoring: GPS monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 29th day of October, 2025.

James C. Dever III
U.S. District Judge